UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEOPOLDO BARILLAS, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:20-cv-00829-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 23, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: July 20, 2020

                                                  Nancy J. Koppe<br>
                                                  United States Magistrate Judge