1
2
3
4
5
6
7

8                  **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   LEOPOLDO BARILLAS, et al.,                    Case No.: 2:20-cv-00829-GMN-NJK

12          Plaintiff(s),

                                                             **ORDER**
13   v.
                                                        [Docket No. 10]
14   CSAA FIRE & CASUALTY INSURANCE
     COMPANY,

15          Defendant(s).

16          Pending before the Court is the parties' proposed discovery plan.  Docket No. 10.  The

17   discovery plan seeks several extra months for the discovery period so that counsel can concentrate

18   on a backlog of cases they contend was created by pandemic-related restrictions.  *Id.* at 2.  The

19   most fundamental flaw with this contention is that it appears to be cut-and-pasted from a discovery

20   plan submitted by counsel in another case that was flatly rejected a few weeks ago.  *Briseno v.*

21   *Ortega*, Case No.: 2:20-cv-00680-GMN-NJK, Docket No. 26 (D. Nev. June 17, 2020).  Courts do

22   not look kindly on the repetition of a rejected argument without any acknowledgment of the

23   previous order or any explanation why the previous order should not control.  *E.g. Atlantis Enters.*

24   *v. Avon Prods.*, 2010 WL 11519593, at *3 (C.D. Cal. Jan. 10, 2010) (quoting *United States CFTC*

25   *v. Lake Shore Asset Mgmt.*, 540 F. Supp. 2d 994, 1015 (N.D. Ill. 2008)).  The requested discovery

26   period in this case is rejected for the reasons already provided in *Briseno*.

27          In addition, despite a previous order identifying the local rules violation to defense counsel,

28   the discovery plan incorrectly calculates the discovery period from the Rule 26(f) conference

instead of the date of the answer.  *See* Docket No. 10 at 3; *but see Briseno*, Docket No. 26 at 1 & n.1 (citing Local Rule 26-1(b)(1)).

Accordingly, the pending discovery plan is **DENIED**.  An amended discovery plan must be filed by July 28, 2020.

IT IS SO ORDERED.

Dated: July 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge